**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Middle District of Georgia

Case number (*If known*): _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Platinum Beauty Bar and Spa, LLC |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names, and *doing business as* names | Platinum Beauty Bar & Spa |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 84-3973545 |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 421 E. Greene Street | 1990 Old Parker Road SE |
| Number   Street | Number   Street |
| | P.O. Box |
| Monticello    GA    31064 | Conyers    GA    30094 |
| City    State    ZIP Code | City    State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Jasper County | |
| County | Number   Street |
| | |
| | City    State    ZIP Code |

5. **Debtor's website** (URL)    www.platinumbbs.com

6. **Type of debtor**
   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor  **Platform Beauty Bar and Spa, LLC**_____   Case number (*if known*)_____
        Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. *Check all that apply:*
- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

812199

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check all that apply:*
  - ☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☐ No
- ☒ Yes.  District  Middle District of Ge   When  09/01/2023   Case number  23-51222
                                                  MM / DD / YYYY
         District _____   When _____   Case number _____
                                       MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

- ☒ No
- ☐ Yes.  Debtor _____   Relationship _____
         District _____   When _____
                                                         MM / DD / YYYY
         Case number, if known _____

Debtor __Platinum Beauty Bar and Spa, LLC__     Case number (*if known*)_____
     Name

| | | |
|---|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:* | |
| | ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. | |
| | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. | |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** (*Check all that apply.*)<br><br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>   What is the hazard? _____<br><br>☐ It needs to be physically secured or protected from the weather.<br><br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br><br>☐ Other _____<br><br>**Where is the property?**_____<br>          Number      Street<br>_____<br>_____  _____  _____<br>     City                        State   ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes. Insurance agency _____<br>      Contact name _____<br>      Phone _____ | |

### Statistical and administrative information

| | | | |
|---|---|---|---|
| **13. Debtor's estimation of available funds** | *Check one:*<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. | | |
| **14. Estimated number of creditors** | ☑ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5,001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☑ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

Debtor  Platinum Beauty Bar and Spa, LLC      Case number (*if known*)_____
     *Name*

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07/16/2025
     MM / DD / YYYY

✘ /s/ Rebecca Davis                           Rebecca Davis
Signature of authorized representative of debtor    Printed name

Title  Sole Member

**18. Signature of attorney**

✘ /s/ William Rountree                        Date  07/16/2025
Signature of attorney for debtor                          MM / DD / YYYY

William Rountree
Printed name

Rountree, Leitman, Klein & Geer, LLC
Firm name

2987 Clairmont Road Suite 350
Number    Street

Atlanta                                       GA        30329
City                                          State     ZIP Code

404-584-1238                                  wrountree@rlkglaw.com
Contact phone                                 Email address

616503                                        GA
Bar number                                    State

**Fill in this information to identify the case:**

Debtor name: Platinum Beauty Bar and Spa, LLC

United States Bankruptcy Court for the: Middle District of Georgia

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders     12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Dedicated Financial Services<br>4000 Lexington Avenue N<br>Ste. 125<br>Saint Paul, MN, 55126 | | Deficiency Balance | Disputed | | | 26,000.00 |
| 2 | Firetronics<br>636 Moore St<br>Oxford, GA, 30054 | | Services | | | | 13,888.75 |
| 3 | Wells Fargo Bank, N.A.<br>PO Box 29482<br>MAC S4101-08C<br>Phoenix, AZ, 85038 | Ivory Hanson<br>8773615581<br>sblbkinquiry@wellsfargo.com | Credit Card Debt | | | | 8,978.95 |
| 4 | WG Garcia's Painting<br>308 Roswell Commons Cir<br>Roswell, GA, 30076 | Lowell C. Chatham<br>678.754.7866<br>lowell@lddlawyers.com | Services | | | | 7,600.00 |
| 5 | Comenity Bank<br>PO Box 650964<br>Dallas, TX, 75265 | | Credit Card Debt | | | | 7,223.81 |
| 6 | AM Glass Solutions<br>1575 Oakley Industrial Blvd<br>Fairburn, GA, 30213 | amglassinc@yahoo.com | Services | | | | 6,500.00 |
| 7 | Push Crank Press<br>108 E Troy St<br>Dothan, AL, 36303 | | Services | Disputed | | | 6,256.68 |
| 8 | Brandon Johnson<br>c/o Sean Connor| Smith & Little PC<br>38 Hampton Street, Ste. B<br>McDonough, GA, 30253 | | Services | Disputed | | | 4,160.00 |

Official Form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims     page 1

| Debtor | Platinum Beauty Bar and Spa, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Starfire Gates  231 Isaac Head Road  Jackson, GA, 30233 | | | Disputed  Unliquidated  Contingent | | | 0.00 |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

Official Form 204      **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**      page 2

AM Glass Solutions
1575 Oakley Industrial Blvd
Fairburn, GA 30213

Brandon Johnson
c/o Sean Connor| Smith & Little PC
38 Hampton Street, Ste. B
McDonough, GA 30253

Cassandra Dilworth

Chaz Automotive and Diesel, LLC
2101 Dogwood Industrial Circle SE
Conyers, GA 30013

Citizens Bank
300 Broad Street
Elizabethton, TN 37643

Comenity Bank
PO Box 650964
Dallas, TX 75265

CT Corporation System, as Representative
330 N. Brand Blvd, Suite 700
Attn: SPRS
Glendale, CA 91203

Dedicated Financial Services
4000 Lexington Avenue N
Ste. 125
Saint Paul, MN 55126

Donald Davis
2207 Escalade Court, SW
Conyers, GA 30094

Firetronics
636 Moore St
Oxford, GA 30054

Georgia Department of Labor
148 Andrew Young Inter. Blvd
Room 738
Atlanta, GA 30303-0000

Georgia Department of Revenue
Compliance Division, ARCS - Bankruptcy
1800 Century Blvd NE, Suite 9100
Atlanta, GA 30345

Internal Revenue Service
CIO
P.O. Box 7346
Philadelphia, PA 19101-7346

Jennifer Armstrong | Tandem Finance
3801 Automation Way
Ste. 207
Fort Collins, CO 80525

Lowell C. Chatham, Esq.
115 Westridge Ind. Blvd.
Ste. 330
Mcdonough, GA 30253

Pawnee Leasing Corporation
3801 Automation Way
Ste. 207
Fort Collins, CO 80526

Prim & Mendheim, LLC
207 W Adams Street
PO Box 2147
Dothan, AL 36302

Push Crank Press
108 E Troy St
Dothan, AL 36303

Rebecca Davis
2207 Escalade Ct
Conyers, GA 30094

Ron C. Bingham, III | Adams and Reese LLP
3424 Peachtree Rd NE, Ste. 1600
Atlanta, GA 30326

Starfire Gates
231 Isaac Head Road
Jackson, GA 30233

Tandem Finance
3801 Automation Way UNIT 207
Fort Collins, CO 80525

Wells Fargo Bank, N.A.
PO Box 29482
MAC S4101-08C
Phoenix, AZ 85038

WG Garcia's Painting
308 Roswell Commons Cir
Roswell, GA 30076

United States Bankruptcy Court
Middle District of Georgia

In re: Platinum Beauty Bar and Spa, LLC

Case No.

Chapter  11

Debtor(s)

## Verification of Creditor Matrix

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 07/16/2025

/s/ Rebecca Davis
Signature of Individual signing on behalf of debtor

Sole Member
Position or relationship to debtor